UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GEREL PINKNEY,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-352 (RCL) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner,**<br>**Social Security Administration** | ) ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

If defendant expects to file a dispositive motion herein, it shall do so within 10 days of this date.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on August 7, 2008.