UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEREL PINKNEY,<br><br>    Plaintiff,<br><br>-v-<br><br>MICHAEL J. ASTRUE,<br> Commissioner,<br> Social Security Administration,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-00352 RCL |

ORDER

It appearing that the parties have agreed that this matter may be decided on dispositive motions without discovery, it is this  19th day of August        , 2008,

ORDERED, that Plaintiff shall file a Motion for Judgment of Reversal on or before September 19, 2008; Defendant shall file his Motion For Judgment Of Affirmance and his Opposition To Plaintiff's Motion on or before October 20, 2008; and Plaintiff shall have to and including November 7, 2008, to respond to Defendant's filing.

Signed by Chief Judge Royce C. Lamberth on August 19, 2008.